IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DEB SHELDEN, | ) | |
| | ) | |
| Plaintiff, | ) | 4:11CV3099 |
| | ) | |
| V. | ) | |
| | ) | |
| DEP. BURDETTE SEARCEY, in his | ) | ORDER |
| official and individual capacities, | ) | |
| DEP. GERALD LAMKIN, in his | ) | |
| official and individual capacities, | ) | |
| SHERIFF JERRY O. DEWITT, in his | ) | |
| official and individual capacities, | ) | |
| WAYNE R. PRICE, Ph.D., in his | ) | |
| official and individual capacities, | ) | |
| GAGE COUNTY SHERIFF'S | ) | |
| OFFICE, a Nebraska political | ) | |
| subdivision, COUNTY OF GAGE, | ) | |
| NEBRASKA, a Nebraska political | ) | |
| subdivision, and RICHARD T. | ) | |
| SMITH, in his official and individual | ) | |
| capacities, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

I have consolidated 4:09CV3144, 4:09CV3146, 4:09CV3147 and 4:09CV3148 for trial. Trial of those cases has been set for January 6, 2014 and a progression order has been entered in those cases on February 5, 2013.

In this case, Judge Zwart has issued a scheduling order calling for a Rule 26 report by February 22, 2013. I am inclined to believe that this case should be consolidated with the others for both discovery and trial, but I want to know the views of the parties before I decide that question. Accordingly,

IT IS ORDERED that:

1.    In addition to the matters typically included in a Rule 26 report, the parties in this case shall include a statement in their Rule 26 report as to whether they, or any one of them, consent to consolidation of this case with 4:09CV3144, 4:09CV3146, 4:09CV3147 and 4:09CV3148 for purposes of discovery and trial.

2.    The Clerk shall provide a copy of this Order to Judge Zwart.

DATED this 14th day of February, 2013.

                    BY THE COURT:

                    *Richard G. Kopf*
                    Senior United States District Judge