IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DEB SHELDEN,<br><br>Plaintiff,<br><br>vs.<br><br>DEP. BURDETTE SEARCEY, et al.<br><br>Defendants. | 4:11CV3099<br><br>**ORDER** |

    IT IS ORDERED that the Motion to Withdraw Pleading (Filing 592) filed by interveners Holyoke, Snyder, Longoria, Reichert & Rice, PC, LLO, is granted, and the Notice of Attorney's Lien (Filing 591) that was filed by interveners on June 4, 2021, is deemed withdrawn.

    Dated this 28th day of July 2021.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge